**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-6676**

―――――――――

NOEL EDWARD PLUNKETT, JR.,

                                        Plaintiff - Appellant,

        versus


JOHN F. FANELLO, former warden, and individu-
ally; ED C. JACOBSEN, former unit manager and
individually; ROLAND E. WILLIAMS, Health Ser-
vices Administrator and individually; LUIS A.
CALVO, Assistant Health Services Administrator
and individually; BERNARDO PARINA, Clinical
Director  and  individually;  OTHERS  AS  YET
UNKNOWN,

                                        Defendants - Appellees.


―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Patrick Michael Duffy, District
Judge.  (CA-95-3027-23JC)

―――――――――

Submitted:  October 7, 1997      Decided:  October 20, 1997

―――――――――

Before HALL, NIEMEYER, and MICHAEL, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Noel Edward Plunkett, Jr., Appellant Pro Se. Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Plunkett v. Fanello, No. CA-95-3027-23JC (D.S.C. Feb. 27, 1997). We also deny Appellant's pending motions to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED